# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CCLARENCE A. GIPBSIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDDU, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-1276-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion for an extension of time (ECF No. 15) and motion to vacate the court's October 4, 2019, order (ECF No. 16).

On October 4, 2019, the court directed plaintiff to file a second amended complaint within 30 days. In his motion to vacate this order, plaintiff states that he seeks leave to proceed on the merits of his claims. As explained in the October 4, 2019, order, however, plaintiff has yet to file a complaint which states cognizable claims. Plaintiff's motion does not outline any reasons to vacate the October 4, 2019, order and will be denied.

In his motion for an extension of time, plaintiff seeks additional time to file a second amended complaint as directed by the October 4, 2019, order. Good cause appearing therefor, plaintiff's motion will be granted.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to vacate the October 4, 2019, order (ECF No. 16) is denied;

2. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

3. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

Dated: November 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE